B6F (Official Form 6F) (12/07)

In re  **Ethan H, LLC, a NJ Limited Liability Company**  ,  Case No. **10-15436**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Advanced Hospitality Systems**<br>**7 Eves Dr.**<br>**#120**<br>**Marlton, NJ 08053** | - | | | | | | **24.05** |
| Account No.<br>**Alard Realty**<br>**57 Brant Ave.**<br>**Clark, NJ 07066** | - | | | | | | **226.83** |
| Account No.<br>**Allen Tucker**<br>**57 Brant Ave.**<br>**Clark, NJ 07066** | - | | **loan** | | | | **150,000.00** |
| Account No.<br>**Allied Beverage Group**<br>**600 Washington Ave.**<br>**Carlstadt, NJ 07072** | - | | | | | | **Unknown** |

__8__ continuation sheets attached

Subtotal (Total of this page)  **150,250.88**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      S/N:31735-100129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ethan H, LLC, a NJ Limited Liability Company**, Case No. **10-15436**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | - | | | | | | 121.31 |
| Account No.<br>**Bell Concrete, Inc.**<br>**40 Pine Ave.**<br>**Freehold, NJ 07728** | - | | | | | | 8,227.50 |
| Account No.<br>**Bluestone Drywall, LLC**<br>**PO Box 923**<br>**Manville, NJ 08835** | - | | | | | | 6,875.00 |
| Account No.<br>**Budget Printing**<br>**70 Westfield Ave.**<br>**Clark, NJ 07066** | - | | | | | | 101.65 |
| Account No.<br>**Citi Cards**<br>**8725 W. Sahara Avenue**<br>**The Lakes, NV 89163-0001** | - | | | | | | 1,026.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **16,351.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ethan H, LLC, a NJ Limited Liability Company**,     Case No. **10-15436**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dano Construction**<br>**4 West Street**<br>**Millstone, NJ 08844-5117** | - | | | | | | **14,055.62** |
| Account No.<br>**Direct Cabinet Sales, Inc.**<br>**265 Central Ave.**<br>**Clark, NJ 07066** | - | | | | | | **6,975.28** |
| Account No.<br>**Empire Mirror & Glass Ltd**<br>**77 Cliffwood Ave**<br>**Cliffwood, NJ 07721** | - | | | | | | **Unknown** |
| Account No.<br>**Fooch Realty Associates**<br>**57 Brant Ave.**<br>**#200**<br>**Clark, NJ 07066** | - | | | | | | **13,253.32** |
| Account No.<br>**FSA Management**<br>**57 Brant Ave.**<br>**Clark, NJ 07066** | - | | | | | | **313.70** |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims     Subtotal (Total of this page)     **34,597.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ethan H, LLC, a NJ Limited Liability Company**,   Case No. **10-15436**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Gannett NJ Newspapers**<br>**3601 Highway 66**<br>**PO Box 1550**<br>**Neptune, NJ 07754** | - | | | | | | **16,929.97** |
| Account No.<br>**Garden State Landscaping & Tree Service**<br>**33 Madeline Court**<br>**Helmetta, NJ 08828** | - | | | | | | **2,875.63** |
| Account No.<br>**Gateway - Perrone Distributors**<br>**205 Campus Dr.**<br>**Kearny, NJ 07032** | - | | | | | | **6,779.91** |
| Account No.<br>**GE Money Bank**<br>**Attn: Banruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA 30076** | - | | | | | | **9,549.27** |
| Account No.<br>**HB Painting, LLC** | - | | | | | | **8,000.00** |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **44,134.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ethan H, LLC, a NJ Limited Liability Company**,　　　　　　　Case No. __**10-15436**__
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**High Grade Beverage**<br>**PO Box 7092**<br>**North Brunswick, NJ 08902-7092** | - | | | | | | 5,791.45 |
| Account No.<br>**J & J Distributing** | - | | | | | | 2,170.04 |
| Account No.<br>**Joseph J. Newman**<br>**Trustee for Bruce D. Nimensky**<br>**c/o Anthony Sodono, III, Esq.**<br>**347 Mt. Pleasant Ave.**<br>**West Orange, NJ 07052** | - | | | | | X | 190,000.00 |
| Account No.<br>**Kevin O'Brien** | - | | | | | | 5,000.00 |
| Account No.<br>**Kevin Seltzer**<br>**3 Greenwich Court**<br>**N. Brunswick, NJ 08092** | - | | loan | | | | 500,000.00 |

Sheet no. __**4**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**702,961.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ethan H, LLC, a NJ Limited Liability Company**  ,   Case No. __**10-15436**__
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Laymen Global** <br> **298 Fernwood Ave.** <br> **Edison, NJ 08837** | - | | | | | | **189.99** |
| Account No. <br> **Matrix Security Systems, LLC** <br> **670 Bridgeton Pike** <br> **#4** <br> **Turnersville, NJ 08012** | - | | | | | | **Unknown** |
| Account No. <br> **Metcom, Inc.** <br> **37 Campus Dr** <br> **Edison, NJ 08837** | - | | | | | | **240.76** |
| Account No. <br> **Mid-State Sprinklers Co.** <br> **PO Box 7334** <br> **North Brunswick, NJ 08902** | - | | | | | | **2,877.00** |
| Account No. <br> **National Security Systems** <br> **166 West End Ave.** <br> **Somerville, NJ 08876** | - | | | | | | **8,205.57** |

Sheet no. __**5**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **11,513.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ethan H, LLC, a NJ Limited Liability Company**, Case No. **10-15436**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**New York Broadcast Services**<br>**2141 Route 231**<br>**Deer Park, NY 11729** | - | | | | | | 4,471.00 |
| Account No.<br>**Pryamid Construction Group**<br>**275 N. Franklin Turnpike**<br>**Ramsey, NJ 07446** | - | | | | | | Unknown |
| Account No.<br>**PSG Systems, Inc.**<br>**22 Brookside Road**<br>**Edison, NJ 08817** | - | | | | | | 62,386.60 |
| Account No.<br>**Radiant Systems** | - | | | | | | 900.00 |
| Account No. **LT-1340-10**<br>**Sayreville Plaza**<br>**c/o Harold Ritvo, Esq.**<br>**One University Plaza**<br>**Hackensack, NJ 07601** | - | | lawsuit | | | X | 426,328.33 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 494,085.93

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Ethan H, LLC, a NJ Limited Liability Company**,    Case No. **10-15436**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Shore Point Distributing Company**<br>**PO Box 275**<br>**Adelphia, NJ 07710** | - | | | | | | 2,754.50 |
| Account No.<br>**Staten Island Advance**<br>**950 W Fingerboard Rd**<br>**Staten Island, NY 10305** | - | | | | | | 296.00 |
| Account No.<br>**Targum Publishing Company**<br>**126 College Ave.**<br>**Suite 431**<br>**New Brunswick, NJ 08903** | - | | | | | | 765.00 |
| Account No.<br>**The Beverage Works NY, Inc.**<br>**2211 Allenwood Rd**<br>**Belmar, NJ 07719** | - | | | | | | 850.00 |
| Account No.<br>**Wachovia Bank**<br>**123 S. Broad Street**<br>**Philadelphia, PA 19109** | - | | | | | | 3,000.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,665.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ethan H, LLC, a NJ Limited Liability Company**, Case No. **10-15436**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **World Fiancial Network National Bank** <br> **PO Box 182124** <br> **Columbus, OH 43218-2124** | - | | | | | | **5,175.00** |
| Account No. <br> **Worldwide Carpet** <br> **1055 Route 1 South** <br> **Edison, NJ 08837** | - | | | | | | **Unknown** |
| Account No. <br> **Xcel Heating & Air Conditioning** <br> **PO Box 692** <br> **Long Valley, NJ 07853** | - | | | | | | **32,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,175.00**

Total (Report on Summary of Schedules) **1,498,736.28**

# United States Bankruptcy Court
### District of New Jersey

In re **Ethan H, LLC, a NJ Limited Liability Company**　　　　　　Case No. **10-15436**

Debtor(s)　　　　　　Chapter **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 11, 2010**　　　　**/s/ Kevin Seltzer**
　　　　　　　　　　　　　　　**Kevin Seltzer**/**Managing Member**
　　　　　　　　　　　　　　　Signer/Title

```
Advanced Hospitality Systems
7 Eves Dr.
#120
Marlton, NJ 08053


Alard Realty
57 Brant Ave.
Clark, NJ 07066


Allen Tucker
57 Brant Ave.
Clark, NJ 07066


Allied Beverage Group
600 Washington Ave.
Carlstadt, NJ 07072


American Express
PO Box 1270
Newark, NJ 07101


Arons & Arons
76 South Orange Avenue
Suite 100
South Orange, NJ 07079


Bell Concrete, Inc.
40 Pine Ave.
Freehold, NJ 07728


Bluestone Drywall, LLC
PO Box 923
Manville, NJ 08835


Budget Printing
70 Westfield Ave.
Clark, NJ 07066


Citi Cards
8725 W. Sahara Avenue
The Lakes, NV 89163-0001


Dano Construction
4 West Street
Millstone, NJ 08844-5117
```

Direct Cabinet Sales, Inc.
265 Central Ave.
Clark, NJ 07066


Empire Mirror & Glass Ltd
77 Cliffwood Ave
Cliffwood, NJ 07721


Fooch Realty Associates
57 Brant Ave.
#200
Clark, NJ 07066


FSA Management
57 Brant Ave.
Clark, NJ 07066


Gannett NJ Newspapers
3601 Highway 66
PO Box 1550
Neptune, NJ 07754


Garden State Landscaping & Tree Service
33 Madeline Court
Helmetta, NJ 08828


Gateway - Perrone Distributors
205 Campus Dr.
Kearny, NJ 07032


GE Money Bank
Attn: Banruptcy Dept.
PO Box 103104
Roswell, GA 30076


HB Painting, LLC



High Grade Beverage
PO Box 7092
North Brunswick, NJ 08902-7092


J & J Distributing

Joseph J. Newman
Trustee for Bruce D. Nimensky
c/o Anthony Sodono, III, Esq.
347 Mt. Pleasant Ave.
West Orange, NJ 07052


Kevin O'Brien


Kevin Seltzer
3 Greenwich Court
N. Brunswick, NJ 08092


Laymen Global
298 Fernwood Ave.
Edison, NJ 08837


Matrix Security Systems, LLC
670 Bridgeton Pike
#4
Turnersville, NJ 08012


Metcom, Inc.
37 Campus Dr
Edison, NJ 08837


Mid-State Sprinklers Co.
PO Box 7334
North Brunswick, NJ 08902


National Security Systems
166 West End Ave.
Somerville, NJ 08876


New York Broadcast Services
2141 Route 231
Deer Park, NY 11729


Pryamid Construction Group
275 N. Franklin Turnpike
Ramsey, NJ 07446


PSG Systems, Inc.
22 Brookside Road
Edison, NJ 08817

```
Pyramid Construction
275 N. Franklin Turnpike
Ramsey, NJ 07446


Radiant Systems



Sayreville Plaza
c/o Harold Ritvo, Esq.
One University Plaza
Hackensack, NJ 07601


Shore Point Distributing Company
PO Box 275
Adelphia, NJ 07710


Staten Island Advance
950 W Fingerboard Rd
Staten Island, NY 10305


Targum Publishing Company
126 College Ave.
Suite 431
New Brunswick, NJ 08903


The Beverage Works NY, Inc.
2211 Allenwood Rd
Belmar, NJ 07719


Unity Bank
64 Route 22
Clinton, NJ 08809


Wachovia Bank
123 S. Broad Street
Philadelphia, PA 19109


World Fiancial Network National Bank
PO Box 182124
Columbus, OH 43218-2124


Worldwide Carpet
1055 Route 1 South
Edison, NJ 08837
```

```
Xcel Heating & Air Conditioning
PO Box 692
Long Valley, NJ 07853
```