

| | | |
|---|---|---|
| "David Edelberg" <dedelberg@nakblaw.com><br>07/01/2010 06:17 PM | To | "Michael B. Kaplan" <Chambers_of_mbk@njb.uscourts.gov> |
| | cc | "Barry W. Frost Esq." <bfrost@teichgroh.com>, "Daren D. Pinto Esq." <dpintolaw@comcast.net>, "Rick A. Steinberg" <rsteinberg@nakblaw.com> |
| | bcc | |
| | Subject | Ethan H, Case No. 10-15436; July 6 Hearing on Certification of Default |

Dear Judge Kaplan

This firm represents Sayreville Plaza, the landlord in the above referenced matter.  I am writing to withdraw the landlord's certification of default based upon my client's receipt of a $951.00 payment on June 29 (8 days later than promised).  Thus, the hearing scheduled on July 6 may be canceled.

I note that there is another rent check due as of today for July, and a status conference scheduled in this matter on July 12.  Consequently, absent timely payment of the rent due today, the landlord will file yet another certification of default in advance of the July 12 status conference.

Thank you for Your Honor's considerations in this matter.

Respectfully,
David Edelberg, Esq.

Nowell Amoroso Klein Bierman PA
155 Polifly Road
Hackensack, New Jersey  07601
Telephone:  201-343-5001
Telecopier:  201-343-5181
dedelberg@nakblaw.com
www.nakblaw.com