**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in compliance with D.N.J. LBR 9004-2(c)

NOWELL AMOROSO KLEIN BIERMAN P.A.
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001
David Edelberg, Esq. (DE-6258)
Rick A. Steinberg, Esq. (RS-7396)
Attorneys for Sayreville Plaza, LLC

| | |
|---|---|
| In Re:<br><br>ETHAN H, LLC,<br><br>Debtor. | : Case No. 10-15436<br>:<br>: Chapter 11<br>:<br>: Judge Michael B. Kaplan<br>:<br>: Hearing Date and Time:<br>  July 12, 2010 at 11:00 a.m. |

## CREDITOR'S CERTIFICATION OF DEFAULT

David Edelberg, being of full age, hereby certifies as follows:

1. I am counsel for the landlord, Sayreville Plaza, LLC ("Sayreville Plaza") in the above-referenced matter.

2. I am submitting this certification due to the Debtor's default under an Order dated June 16, 2010. A copy of the June 16, 2010 Order is annexed hereto as Exhibit "A."

3. The Debtor is in default under the June 16, 2010 Order for failure to make payment of July, 2010 rent and common area maintenance (CAM) charges. Currently, the Debtor has failed to remit $19,475.00 for July rent and $7,200 for July CAM charges. In addition, a late fee of $1,333.75 is or will soon be due.

4. The June 16, 2010 Order provides for termination of the Lease and conversion of the case to Chapter 7 in the event of the Debtor's default.

5. Based upon the Debtor's failure to pay the July, 2010 rent and CAM charges,

the Debtor is in default of the June 16, 2010 Order.

6. Consequently, Sayreville Plaza respectfully requests entry of an order terminating the lease agreement between Sayreville Plaza and the Debtor and converting the Debtor's Chapter 11 Case to a Chapter 7 Case.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2010                /s/ David Edelberg
                                   David Edelberg

G:\wp\WPDATA\CLIENT_FILES\P_Files\Pyramid_Group\02_Pyramid_Construction_Group_LLC\Pleadings\Creditors_certification_of_default_7.7.10.doc