

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
6/16/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

Caption in compliance with D.N.J. LBR 9004-2(c)

NOWELL AMOROSO KLEIN BIERMAN P.A.
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001
David Edelberg, Esq. (DE-6258)
Rick A. Steinberg, Esq. (RS-7396)
Attorneys for Sayreville Plaza, LLC

|  |  |
|---|---|
| In Re:<br><br>ETHAN H, LLC,<br><br>Debtor. | : Case No. 10-15436<br>:<br>: Chapter 11<br>:<br>: Judge Michael B. Kaplan<br>:<br>: Hearing Date: June 14, 2010 @ 10:00 a.m. |

**ORDER SETTLING SAYREVILLE PLAZA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE A NONRESIDENTIAL REAL PROPERTY LEASE WITH THE DEBTOR AND FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby ORDERED.

**DATED: 6/16/2010**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 2 of 5

**ORDER SETTLING SAYREVILLE PLAZA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE A NONRESIDENTIAL REAL PROPERTY LEASE WITH THE DEBTOR AND FOR RELATED RELIEF**

This matter having been opened to the court by Sayreville Plaza, LLC ("Sayreville Plaza"), a creditor and lessor of commercial real property to the debtor and debtor-in-possession, Ethan H, LLC (the "Debtor"), through its undersigned attorneys, Nowell Amoroso Klein Bierman, P.A., by way of motion (the "Motion"), for entry of an order: (i) for relief from the automatic stay to allow Sayreville Plaza to terminate a lease of non-residential real property (the "Lease"), regarding the real property located at 960 Route 9 South, South Amboy, New Jersey (the "Leased Premises"), and to evict the Debtor from the Leased Premises, and (ii) for allowance and immediate payment of administrative expenses, pursuant to sections 105(a); 362(d)(1); 362(d)(2); 365(d)(3); and, 503(b)(1)(A) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"); and the Court having conducted a hearing on the Motion on June 9, 2010; and Sayreville Plaza having agreed to accept a partial payment of $15,000.00 from the Debtor and adjourn the Motion to June 14, 2010 based upon the Debtor's promise to remit the remaining balance due to Sayreville Plaza of $43,951.00 at the adjourned hearing; and the Debtor having appeared at the June 14, 2010 adjourned hearing date without any money to remit to Sayreville Plaza, and the parties having settled the Motion on the terms stated herein; it is hereby:

ORDERED, that Sayreville Plaza is granted an allowed administrative expense for post petition amounts due under the Lease through June, 2010 in the amount of $43,951.00 (the

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 3 of 5

### ORDER SETTLING SAYREVILLE PLAZA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE A NONRESIDENTIAL REAL PROPERTY LEASE WITH THE DEBTOR AND FOR RELATED RELIEF

"Administrative Claim"), and it is further

ORDERED, that the Debtor will pay the full amount of the Administrative Claim to Sayreville Plaza, in certified funds, bank check or money order, to be received by Nowell Amoroso Klein Bieman, PA, at its premises located at 155 Polifly Road, Hackensack, New Jersey, no later than 5:00 p.m. on Friday, June 18, 2010, and it further

ORDERED, that in the event the Debtor does not remit the full amount of the Administrative Claim as provided above so that it is received Sayreville Plaza's counsel by 5:00 pm on June 18, the Debtor will be in default, and it is further

ORDERED, upon default as defined in the immediately preceding decretal paragraph, Sayreville Plaza shall be entitled to immediate entry of an order terminating the Lease, granting Sayreville Plaza relief from the automatic stay in order to exercise its rights under the Lease, including evicting the Debtor, and converting the Debtor's Chapter 11 case to a Chapter 7 case, by filing a certification of default with a proposed form of order granting the foregoing relief, solely on ecf notice to the Debtor, and it is further

ORDERED, conditioned upon the Debtor's payment of the full amount of the Administrative Claim by 5:00 p.m. on June 18 as provided hereinabove, and conditioned upon remitting all future rent, CAM charges and late fees to Sayreville Plaza in a timely fashion, the time within which the Debtor may assume or reject the lease is hereby extended to July 13, 2010,

Approved by Judge Michael Kaplan June 16, 2010

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 4 of 5

## ORDER SETTLING SAYREVILLE PLAZA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE A NONRESIDENTIAL REAL PROPERTY LEASE WITH THE DEBTOR AND FOR RELATED RELIEF

and it is further

ORDERED, the Debtor's motion to further extend its time to assume or reject the Lease is adjourned to July 13, 2010 at 10:00 a.m., and it is further

ORDERED, the Debtor will pay all post-petition rent and related charges due under the Lease, commencing with the July 1, 2010 payment, in a timely manner, and it is further

ORDERED, that if the Debtor fails to timely make any monthly payment due under this Order or the Lease, commencing with the July 1, 2010 rent payment, then Sayreville Plaza shall be entitled to entry of an order terminating the Lease, granting Sayreville Plaza relief from the automatic stay in order to exercise its rights under the Lease, including evicting the Debtor, and converting the Debtor's Chapter 11 case to a Chapter 7 case, by filing a certification of default with a proposed form of order granting the foregoing relief, on five (5) days notice to the Debtor, and it is further

ORDERED, that if the Lease is deemed terminated hereunder, then the Debtor shall immediately terminate the use of the Leased Premises; and it is further

ORDERED, the Debtor will provide Sayreville Plaza with a copy of all purchase offers, dated within the last 12 months, relating to an offer to acquire all or a portion of the Debtor's assets, and a copy of all personal guarantees of the Lease executed by Mr. Tucker, by June 16, 2010, and it is further

Approved by Judge Michael Kaplan June 16, 2010

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 5 of 5

**ORDER SETTLING SAYREVILLE PLAZA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE A NONRESIDENTIAL REAL PROPERTY LEASE WITH THE DEBTOR AND FOR RELATED RELIEF**

ORDERED, that this Consent Order is effective immediately and the ten (10) day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) with respect to the lifting of the automatic stay is waived; and it is further

ORDERED that Sayreville Plaza's counsel shall serve a copy of this Order upon the Debtor, the Debtor's counsel, all parties who filed a notice of appearance and request for service of papers, and the Office of the United States Trustee, within seven (7) days hereof.

G:\wp\WPDATA\CLIENT FILES\P Files\Pyramid Group\02 Pyramid Construction Group LLC\Pleadings\Stay relief motion consent order.doc

Approved by Judge Michael Kaplan June 16, 2010