**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-2(c)**

NOWELL AMOROSO KLEIN BIERMAN P.A.
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001
David Edelberg, Esq. (DE-6258)
Rick A. Steinberg, Esq. (RS-7396)
Attorneys for Pyramid Construction Group, LLC

|  |  |
|---|---|
|  | : Case No. 10-15436 |
| In Re: | : |
|  | : Chapter 11 |
| ETHAN H, LLC, | : |
|  | : Judge Michael B. Kaplan |
| Debtor. | : |
|  | : |

## <u>ORDER TERMINATING LEASE AND CONVERTING</u>
## <u>CHAPTER 11 CASE TO CHAPTER 7 CASE</u>

      The relief set forth on the following pages, numbered two (2) through three (3) is hereby

ORDERED.

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 2 of 3

## ORDER TERMINATING LEASE AND CONVERTING
## CHAPTER 11 CASE TO CHAPTER 7 CASE

This matter having been opened to the court by Sayreville Plaza, LLC ("Sayreville Plaza"), a creditor and lessor of commercial real property to the debtor and debtor-in-possession, Ethan H, LLC (the "Debtor"), through its undersigned attorneys, Nowell Amoroso Klein Bierman, P.A., by way of the filing of a Certification of Default seeking the entry of an Order converting the Chapter 11 Case to a Chapter 7 Case and terminating the lease agreement between Sayreville Plaza and the Debtor (the "Lease") regarding the real property located at 916 Route 9 South, South Amboy, New Jersey (the "Leased Premises"), it appearing that this Court has conducted a series of hearings regarding repeated defaults by the Debtor, in violation of this Court's repeated Order, requiring the Debtor to remain current with respect to its rent obligations payable to Sayreville Plaza, and for good cause shown, it is hereby:

ORDERED, the Lease between Sayreville Plaza and the Debtor regarding the Leased Premises is hereby terminated, and it is further

ORDERED, the Debtor shall immediately terminate its use of the Leased Premises, and it further

ORDERED, the Debtor's Chapter 11 Case is hereby converted to a Chapter 7 Case, and it further

ORDERED, that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,

In re: Ethan H, LLC
Case No. 10-15436 (MBK)
Page 3 of 3

## ORDER TERMINATING LEASE AND CONVERTING CHAPTER 11 CASE TO CHAPTER 7 CASE

- All schedules and statements required by 11 U.S.C.§ 521(a), if such documents have not already been filed,

- A schedule of all property which was acquired after the commencement of the case, but before the entry of this Order,

- A schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

ORDERED, that the United State Trustee shall immediately appoint a Chapter 7 Trustee in this case, and it is further

ORDERED, that the Debtor shall immediately turn over the Chapter 7 Trustee, all records and property of the estate in his/her custody or control.