UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
ALLEN I. GORSKI, ESQUIRE
Attorney for Debtor

Order Filed on
9/22/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Ethan H, LLC

Case No.: 10-15436-MBK

Hearing Date: September 15, 2010

Judge: Michael B. Kaplan

## ORDER REGARDING MOTION TO RECONSIDER AND REIMPOSE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (two) 2 is hereby **ORDERED**.

**DATED: 9/22/2010**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Ethan H, LLC
Case No: 10-15436-MBK
Caption of Order: Order Regarding Motion to Reconsider and Reimpose Automatic Stay

---

This matter having come before the Court, Allen I. Gorski, Esquire, Teich Groh, appearing on behalf of the Debtor, Ethan H, LLC and Darin Pinto, Esquire, appearing as counsel for Unity Bank, and David Edelberg, Esquire, Nowell Amoroso Klein Bierman, PA, appearing on behalf of landlord, Sayreville Plaza, the Court having reviewed the moving papers and having heard oral argument on September 15, 2010, and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  The Debtor's Motion to Reconsider and Modify the Stay is granted in a limited fashion as set forth in this Order.

2.  Landlord, Sayreville Plaza, shall be permitted to continue with the eviction process in State Court but the stay is hereby modified to require the landlord to give debtor and debtor's counsel 72 hours notice before eviction.

3.  Debtor may renew this Motion to Reimpose the Automatic Stay by letter, on short notice, without submitting the Motion to Reimpose the Stay filed September 10, 2010.

*Approved by Judge Michael Kaplan September 22, 2010*